UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLIFFORD DANIELS,

        Plaintiff,

                              Case No. 8:13-cv-2309-VMC-MAP

v.

CAPIO PARTNERS, LLC,

        Defendant.
_____/

**DEFENDANT, CAPIO PARTNERS, LLC'S,
NOTICE OF PENDING SETTLEMENT**

      Defendant, Capio Partners, LLC, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                              Respectfully submitted,

                              /s/ Dayle M. Van Hoose
                              Dayle M. Van Hoose, Esq.
                              Florida Bar No. 0016277
                              Kenneth C. Grace, Esq.
                              Florida Bar No. 0658464
                              Rachel A. Morris, Esq.
                              Florida Bar No. 0091498
                              SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
                              3350 Buschwood Park Drive, Suite 195
                              Tampa, FL 33618
                              Telephone:   (813) 890-2463
                              Facsimile:   (866) 466-3140
                              dvanhoose@sessions-law.biz

kgrace@sessions-law.biz
rmorris@sessions-law.biz

Attorneys for Defendant,
Capio Partners, LLC

## CERTIFICATE OF SERVICE

I certify that on this 19th day of November 2013, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road, Suite 250
Clearwater, FL  33762

/s/ Dayle M. Van Hoose
Attorney